UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**FRANKIE LEE CHAPPELL,**

    **Plaintiff,**

v.                                           Case No. 5:18cv199-TKW-MJF

**UNITED STATES OF AMERICA,**

    **Defendant.**

_____/

## ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 52). No objections to the Report and Recommendation were filed. Upon due consideration of the Report and Recommendation and the case file, I agree with the magistrate judge's determination Defendant is entitled to summary judgment on all the claims alleged by Plaintiff in the complaint.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's motion for summary judgment (Doc. 45) is **GRANTED**.

3. The Clerk shall enter judgment in favor of Defendant and close the case file.

**DONE and ORDERED** this 7th day of August, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**